IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40530
Conference Calendar
_____


DAVID LORENZA JOYNER,

                                   Plaintiff-Appellant,


versus

WAYNE SCOTT, Director,
Texas Department of Criminal Justice,
Institutional Division,

                                   Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:96-CV-107
- - - - - - - - - -
December 10, 1996
Before WIENER, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:*

     David Lorenza Joyner, #725378, appeals the district court's

denial of his motion for a temporary restraining order and/or a

preliminary injunction.  The denial of an application for a

temporary restraining order is not appealable.  <u>Matter of Leib</u>,

915 F.2d 180, 183 (5th Cir. 1990).  Joyner has not shown a

likelihood of success on the merits or irreparable injury

     * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

warranting a preliminary injunction.  The district court did not abuse its discretion in denying his motion for a preliminary injunction.  <u>Lakedreams v. Taylor</u>, 932 F.2d 1103, 1106-07 (5th Cir. 1991).

AFFIRMED.